AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

HOSEA SCOTT,

                    Petitioner,

                 **V.**

UNITED STATES OF AMERICA,

                    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:20-cv-297
(Formerly 4:18-cr-262)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 26, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Government's Motions to Dismiss are granted and Scott's 28 U.S.C. § 2255 motion, as amended and supplemented, is dismissed. Additionally, a Certificate of Appealability and in forma pauperis status on appeal are denied. This case stands closed.

Approved by: _____

March 27, 2024
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020